387 A.2d 117

Hoffman v. Fultz, et al., Appellants.

Argued December 12, 1977.   Jon F. Barth, for appellants;   Lionel B. Gumnit, for appellee.

Order affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.